```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MARK YODICE,                                                 :
                                                             :
                              Plaintiff,                     :
                                                             :         21-CV-2026 (VSB)
              -against-                                      :
                                                             :              ORDER
TOURO COLLEGE AND UNIVERSITY                                 :
SYSTEM,                                                      :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On May 24, 2021, Defendant filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Doc. 17.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by June 14, 2021. It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by June 23, 2021. Defendant's reply, if any, shall be served by July 7, 2021.

SO ORDERED.

Dated: May 25, 2021
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge