UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARK YODICE, individually and on
behalf of all others similarly
situated,

                Plaintiff,                21 **CIVIL** 2026 (DLC)

     -against-                    **JUDGMENT**

TOURO COLLEGE AND UNIVERSITY
SYSTEM,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 4, 2021, the defendant's July 21, 2021 motion to dismiss is granted.

**Dated:**  New York, New York
          November 4, 2021

                                                             **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                  **BY:**
                                                                **Deputy Clerk**