UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK YODICE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

TOURO COLLEGE AND UNIVERSITY SYSTEM,

    Defendant.

Case No. 1:21-cv-2026

**PROPOSED ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

AND NOW, this 18th day of September, 2024, this Court grants the withdrawal of the appearances of Jennifer A. Queliz and Michael C. Schmidt of Cozen O'Connor and enters the appearance of Janice Sued Agresti of Cozen O'Connor on behalf of Defendant Touro College and University System.

                                                                                                                           _____ J.