```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MARK YODICE, individually and on         :
behalf of all others similarly           :
situated,                                :     21cv2026 (DLC)
                                         :
                    Plaintiff,           :     ORDER
                                         :
              -v-                        :
                                         :
TOURO COLLEGE AND UNIVERSITY SYSTEM,     :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 9, 2024, the mandate of the Second Circuit Court of Appeals issued, remanding this case for further proceedings. On September 10, the plaintiff filed an amended complaint. On October 8, the defendant moved to dismiss the amended complaint. Accordingly, it is hereby

ORDERED that the plaintiff shall serve any opposition to the motion to dismiss by **November 1, 2024**. The defendant's reply, if any, shall be served by **November 15**.

Dated:   New York, New York
         October 9, 2024

                              _____
                                    DENISE COTE
                              United States District Judge