

March 5, 2025

**Janice Sued Agresti**
Direct Phone   212-453-3978
Direct Fax        646-588-1558
jagresti@cozen.com

**VIA ECF**

The Honorable Denise Cote
Southern District of New York
United States District Court
Courtroom 18B
500 Pearl Street
New York, NY 10007

**Re:**    Mark Yodice v. Touro College and University System; 21-cv-2026 (DLC)

Dear Judge Cote:

I am writing to respectfully request that the court conference currently scheduled for March 6, 2025 at 3:00 pm be rescheduled at the Court's convenience. Unfortunately, an immovable has arisen, which is why rescheduling has become necessary. This is the first request for a rescheduling, and opposing counsel has consented.

Thank you for your consideration.

Respectfully,

COZEN O'CONNOR

*Janice Sued Agresti*

BY:    JANICE SUED AGRESTI

JSA

LEGAL\76098271\1