

**Janice Sued Agresti**
Direct Phone   212-453-3978
Direct Fax       646-588-1558
jagresti@cozen.com

March 6, 2025

<u>Via ECF</u>
The Honorable Denise L. Cote
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   *Yodice v. Touro College and University System,* No. 1:21-cv-02026-DLC –
Letter Motion Request for Virtual Attendance for Conference

Dear Judge Cote:

Counsel for Defendant in the above-captioned matter respectfully requests that the Conference scheduled for March 7, 2025 be converted to a remote conference due to preexisting work commitments.

Defendant's counsel believes that remote participation would not hinder the court process in any way.

This is our first request that the Conference be remote; and Plaintiff's counsel consents. Thank you for your consideration.

Respectfully,

*s/Janice Sued Agresti*
Janice Sued Agresti