UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

MARK YODICE, individually and on
behalf of all others similarly
situated,

                        Plaintiff,

           -v-

TOURO COLLEGE AND UNIVERSITY SYSTEM,

                    Defendant.

------------------------------------ X

    :
    21cv2026 (DLC)

    ORDER

DENISE COTE, District Judge:

    On March 6, 2025, the defendant requested that the
conference scheduled for March 7 at 10:30 a.m. be held remotely.
It is hereby

    ORDERED that the defendant's request is granted.  The
parties shall use the following dial-in credentials for the
telephone conference:

            Dial-in:     1-855-244-8681
            Access Code: 2312 042 2648

The parties shall use a landline if one is available.

Dated:    New York, New York
        March 6, 2025

                              DENISE COTE
                United States District Judge