

March 14, 2025

**Janice S. Agresti**
Direct Phone   212-453-3978
Direct Fax      646-588-1558
jagresti@cozen.com

***Electronically Filed***

Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:    Mark Yodice v. Touro College and University System**
**United States District Court, Southern District of New York**
**Case No. 1:21-CV-2026**

Dear Judge Cote:

My firm represents Defendant in this matter. I am writing to formally notify Your Honor that both parties have reached a mutual accord regarding the enclosed confidentiality agreement. We respectfully request that Your Honor enter this agreement into the record. Moreover, the parties have also concurred on the enclosed Rule 502(d) order, and hereby respectfully request that Your Honor likewise enter this order.

Thank you for your consideration.

Respectfully,

COZEN O'CONNOR

By:    Janice S. Agresti

JSA
Enclosures

3 WTC    175 Greenwich Street    55th Floor    New York, NY 10007
212.509.9400    800.437.7040    212.509.9492 Fax    cozen.com