UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK YODICE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOURO COLLEGE AND UNIVERSITY SYSTEM,<br><br>　　　　Defendant. | Case No. 1:21-cv-2026<br><br>**RULE 502 (d) ORDER** |

　　1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

　　2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

*s/Paul Doolittle*　　　　　　　　　　　　　　　*s/Janice Agresti*
Paul Doolittle　　　　　　　　　　　　　　　　Janice Agresti

Counsel for Plaintiff(s)　　　　　　　　　　　Counsel for Defendant(s)

**SO ORDERED.**

DATED:　　March 13, 2025
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENISE L. COTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

LEGAL\76258472\1