

September 3, 2025

**Granted.**

**Electronically Filed**

*Denise Cote*
9/4/25

**Janice S. Agresti**
Direct Phone  212-453-3978
Direct Fax    646-588-1558
jagresti@cozen.com

Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Mark Yodice v. Touro College and University System
      United States District Court, Southern District of New York
      Case No. 1:21-CV-2026

Dear Judge Cote:

As you know, my firm represents the Defendant, Touro College of Dental Medicine, an institution that operates under Jewish auspices.

As you know Defendant's Motion for Summary Judgment is due in this case on October 10, 2025. However there exist numerous significant Jewish holidays during the months of September and October that will make Defendant meeting this deadline extremely difficult. These holidays include Rosh Hashannah (September 22-24), Yom Kippur (October 1-2), and Shemini Atzeret & Simchat Torah (October 13-15). During these holidays, Defendant's offices will be closed and the personnel that must contribute to and review the summary judgment documents will not be reachable due to their religious observation.

For these reasons, we request a brief extension of time for the summary judgment-related deadlines as follows:

|  | Current Deadline | New Proposed Deadline |
|---|---|---|
| Motion for Summary Judgment | 10/10/2025 | 10/30/2025 |
| Opposition to Motion for Summary Judgment | 10/31/2025 | 11/20/2025 |
| Reply in Further Support of Motion for Summary Judgment | 11/14/2025 | 12/4/2025 |

Counsel for Plaintiff has consented to this request. A proposed Revised Scheduling Order is attached.

Honorable Denise L. Cote
September 3, 2025
Page 2

Thank you for your consideration.

Sincerely,

COZEN O'CONNOR

By:     Janice S. Agresti

JSA
Enclosures