**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARK YODICE, individually and on behalf of all
others similarly situated,

                              Plaintiff,

           -against-                                21 **CIVIL** 2026 (DLC)

                                                  **<u>JUDGMENT</u>**

TOURO COLLEGE AND UNIVERSITY
SYSTEM,

                             Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 27, 2026, the defendant's October 30, 2025 motion for summary judgment is granted. The plaintiff's July 29, 2025 motion for class certification is denied; accordingly, the case is closed.

**Dated:** New York, New York

       January 29, 2026

                                   **TAMMI M. HELLWIG**
                                 _____
                                      **Clerk of Court**

                      **BY:**         K. mango

                                   _____
                                     **Deputy Clerk**